## Commonwealth *v.* Van Wert, Appellant.

Argued June 11, 1969. *John J. Brier,* Assistant Public Defender, and *Ernest J. Gazda, Jr.,* for appellant; *Harry P. O'Neill, Jr.,* Assistant District Attorney, with him *Joseph J. Cimino,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.